UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
TJIAP HOK JOENG,

                                        Plaintiff,

                    v.

MARRIOTT INTERNATIONAL, INC.

                                        Defendant.

------------------------------------------------------------------------x

Civil Case No.:
07-CV-9734 (LAK)(GWG)

RULE 7.1 DISCLOSURE
STATEMENT

          Pursuant to Fed. R. Civ. P. 7.1, defendant, MARRIOTT HOTEL SERVICES, INC.

(improperly plead as "Marriott International, Inc.") identifies that Marriot International, Inc. is

the parent corporation of the defendant.  Marriott International Inc. is a publicly traded company

and there is no company or corporation that owns 10% more of Marriott International Inc.'s

stock.

Dated: New York, New York
          December 17, 2007

                              Respectfully submitted,

                              NORRIS, McLAUGHLIN & MARCUS, PA


                               /s/ Melissa A. Peña
                              Melissa A. Peña (MP3320)
                              875 Third Avenue, 18th Floor
                              New York, New York 10022
                              Telephone:  (212) 808-0700


To:
Tjiap Hok Joeng
Plaintiff *Pro Se*
89-10 Whitney Avenue, #6K
Elmhurst, New York 11373