UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
TJIAP HOK JOENG,

                        Plaintiff,

    v.                                            Civil Case No.:
                                                   07-CV-9734(LAK)(GWG)

MARRIOTT INTERNATIONAL,

                                                  **CERTIFICATE OF SERVICE**

                        Defendant.
---------------------------------------------------------------------X

       I, **MELISSA A. PENA,** hereby certify and affirm that I caused true and correct copies of defendant, MARRIOTT HOTEL SERVICES INC.'S (improperly pled as "Marriott International") Answer with Separate Defenses and Rule 7.1 Disclosure Statement to be served via First Class Mail and Certified Mail, R.R.R., on this 17th day of December, 2007, upon the following:

Tjiap Hok Joeng
Plaintiff *Pro Se*
89-10 Whitney Avenue, #6K
Elmhurst, NY  11373

Dated: New York, New York
        December 17, 2007

                                            NORRIS, McLAUGHLIN & MARCUS PA

                                            By: /s/ Melissa A. Peña
                                                Melissa A. Peña (MP 3320)
                                          875 Third Avenue, 18th Floor
                                          New York, New York 10022
                                          Telephone (212) 808-0700
                                          Facsimile (212) 808-0844
                                          Attorneys for Defendant
                                          MARRIOTT INTERNATIONAL