AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Tjiap Hok Joeng

v.

Marriott International, Inc. Swift

APPEARANCE

Case Number: 07cv9734(LAK)(GWG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Marriott Hotel Services, Inc. (improperly plead as Marriott International, Inc.)

I certify that I am admitted to practice in this court.

February 20, 2008
Date

Signature

Fernando M. Pinguelo           FP6328
Print Name                      Bar Number

875 Third Avenue, 18th Floor
Address

New York           New York           10022
City               State              Zip Code

(212) 808-0700                  (212) 808-0844
Phone Number                    Fax Number