UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TJIAP HOK JOENG,

                                  Plaintiff,

v.

MARRIOTT INTERNATIONAL, INC.

                                  Defendant.

------------------------------------------------------------------x

Civil Case No.:
07-CV-9734 (LAK)(GWG)

REPORT OF PARTIES'
PLANNING MEETING
ORDER

    Defendant, MARRIOTT HOTEL SERVICES, INC. (improperly plead as Marriott International, Inc.), by its attorneys Norris, McLaughlin & Marcus, PA, sets forth the following Report of Parties' Planning Meeting:

### REPORT OF PARTIES' PLANNING MEETING

    1. Pursuant to Fed.R.Civ.P.26, an initial conference is scheduled in this case on February 22, 2008 at 10:00 a.m. and will be attended by:

  a. For Plaintiff, Tjiap Hok Joeng ("Joeng"):

- Tjiap Hok Joeng, *pro se*, 89-10 Witney Ave., Apt. 6K, Elmhurst, NY 11373;

  b. For Defendant, Marriott Hotel Services, Inc. ("Marriott"):
- Fernando M. Pinguelo, Esq., Norris, McLaughlin & Marcus, P.A. 875 Third Avenue, 18th Floor, New York, New York 10022, Telephone: (908) 722-0700

    2.    Pre-discovery Disclosures. The parties will exchange the information required by Fed.R.Civ.P. 26(a)(1), [Initial Disclosures] by March 7, 2008.
21

    3.    Discovery Plan. Subject to any Federal Rules of Civil Procedure and/or Local Civil Rules which may be otherwise applicable, or to any order from the Court, the parties jointly propose to the court the following discovery plan:

  a. Discovery will be needed on the following subjects:

    1)    Plaintiff's allegations as alleged in his Complaint;

    2) The allegations previously raised by Plaintiff with the New York Division of Human Rights and the EEOC;

    3) Defendant's policies and procedures for distributing overtime and defendant's compliance with such policies and procedures;

    4) Defendant's affirmative defenses to Plaintiff's allegations;

    5) The extent, nature, severity and amount of Plaintiff's alleged damages, if any; and

    6) Plaintiff's employment history, including past behavior problems.

b.  The last date for the completion of all Discovery is September 26, 2008.

c.  Maximum of 15 interrogatories by each party to any other party.

d.  Maximum of 30 requests for admission by each party to any other party.

e.  ~~Maximum of 6 depositions anticipated by Plaintiff. Maximum of 3 depositions anticipated by Defendant.~~ Depositions to occur during the month of May 2008.

f.  The exchanging between counsel and plaintiff *pro se* of reports from retained experts under Rule 26(a)(2) due:

    (1) from Plaintiff by June 16, 2008, and

    (2) from Defendant by July 16, 2008.

    (3) Depositions of Experts to be completed by September 26, 2008.

4.  Other Items.

    a.  The last date for the parties to join additional parties and to amend the pleadings without leave of the Court is March 31, 2008.

    b.  The last date for the filing of potentially dispositive motions is November 21, 2008.

    c.  The last date for the filing of pretrial motions is January 9, 2009.

    d.  The last date by which plaintiff will supply pretrial order materials to defendant is January 9, 2009.

  e. The date by which the parties will submit a joint pretrial order is January 23, 2009.

5. Proposed Trial Date: After January 23, 2009. Plaintiff elected not to try the case before a jury.

Date: _____

NORRIS, McLAUGHLIN & MARCUS, PA
Attorneys for Defendant

_____

Fernando M. Pingelo (FP6328)
875 Third Avenue, 18th Floor
New York, New York 10022
(908) 722-0700
fmp@nmmlaw.com

Tjiap Hok Joeng
Plaintiff *Pro Se*

_____

Tjiap Hok Joeng
89-10 Whitney Ave., Apt. 6K
Elmhurst, NY 11373
(718) 898-0515

SO ORDERED: \[signature\] DATE 2/22/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

3