UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
TJIAP HOK JOENG,

                           Plaintiff,        Civil Case No.:
                                       07-CV-9734 (LAK)(GWG)

v.

MARRIOTT INTERNATIONAL, INC.        **PARTIES' STIPULATION OF
                                                     DISMISSAL WITH PREJUDICE**

                           Defendant.

-------------------------------------------------------------x

       The above-captioned action having been amicably resolved by and between the parties, it is hereby stipulated and agreed that the same be and is hereby dismissed with prejudice, and with all parties bearing their own fees and costs.

NORRIS, MCLAUGHLIN & MARCUS, PA      TJIAP HOK JOENG
Attorneys for Defendant                                Plaintiff *Pro Se*
Marriott Hotel Services, Inc.
(improperly pled as "Marriott
International, Inc.")

_____                         _____
Fernando M. Pinguelo, Esq.                      Tjiap Hok Joeng
875 Third Avenue, 18th Floor                 89-10 Witney Ave., Apt. 6K
New York, New York 10022                   Elmhurst, New York 11373
Telephone: (212) 808-0700
Dated: New York, New York                 Dated: April 30, 2008
      ~~April~~ __, 2008
      MAY 15, 2008

**MEMO ENDORSED**

SO ORDERED _____
_____
LEWIS A. KAPLAN, USDJ
6/10/08